**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:23-CV-00434-DJH-CHL**

**WEST BEND INSURANCE COMPANY**                              **PLAINTIFF**

**v.**

**MRJ RENTALS, LLC, et al.**                                 **DEFENDANTS**

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Plaintiff West Bend Insurance Company, and Defendants, MRJ Rentals LLC, JMJ Rentals LLC and P3 Car Rental LLC, hereby stipulate that Defendants shall file a response to Plaintiff's Complaint on or before March 8, 2024. No other previous extensions have been sought nor granted from this Court.

*/s/ William F. Stewart, via email authority granted 2/28/24*
William F. Stewart (96937)
300 Conshohocken State Rd.
West Conshohocken, PA 19428
*Attorney for Plaintiff*

/s/ *Aimee E. Muller*
Judd R. Uhl (89578)
Aimee E. Muller (96690)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
250 East 5th St, Ste 2000
Cincinnati, OH 45202
Phone: (513) 808-9911
Fax: (513) 808-9912
Judd.uhl@lewisbrisbois.com
Aimee.Muller@lewisbrisbois.com
*Attorneys for Defendant MRJ Rentals LLC, JMJ Rentals LLC and P3 Car Rental LLC*

## **CERTIFICATE OF SERVICE**

  This is to certify that on the 28th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the electronic system.

                */s/ Aimee E. Muller*
                Judd R. Uhl (89578)
                Aimee E. Muller (96690)