**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **WEST BEND INSURANCE COMPANY** : | Case No: **3:23-CV-00434-DJH-CHL** |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **AGREED STIPULATION** |
| : | |
| **MRJ RENTALS, LLC, et al.** : | **(Filed Electronically)** |
| : | |
| **Defendants.** : | |

Comes now the parties, jointly, by and through counsel, and hereby agree to the following briefing schedule for Plaintiff West Bend Insurance Company's Motion for Judgment on the Pleadings:

All responses in opposition to West Bend Insurance Company's (except those of Justin McClure and Ashley Catlett) shall be filed on or before **June 11, 2024**. Justin McClure and Ashley Cattlett's responses will be filed by **June 20, 2024**. All replies in support shall be filed on or before **June 28th, 2024**

It is so Ordered this _____ day of _____, 2024.

_____
Judge, Western District of Louisville

Have Seen and Agreed:

139520048.1                                      1

/s/ Aimee E. Muller
Aimee E. Muller (96690)
LEWIS BRISBOIS BISGAARD & SMITH LLP
250 East 5th Street, Ste 2000
Cincinnati, OH 45202
Phone: (513) 808-9911
Fax: (513) 808-9912
Aimee. Muller@lewisbrisbois.com
*Attorneys for Defendant MRJ Rentals LLC, JMJ Rentals LLC and P3 Car Rental LLC*

*/s/ Michael P. Casey, via email authority*
Michael P. Casey
Lisa J. Fauth
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, KY 40513
mcasey@cbmlaw.net
lfauth@cbmlaw.net
*Counsel for Defendants, Avis Budget Car Rental, LLC, PV Holding Corp., Avis Rent A Car System LLC, Budget Rent A Car System, Inc., Budget Truck Rental LLC*

*/s/ Nicholas Craddock, via email authority*
Nicholas Craddock
John E. Abaray
Patrick J. Smith
ABARAY CRADDOCK & SMITH, PLLC
12800 Townepark Way, Suite 202
Louisville, Kentucky 40243
nick@acslawky.com
*Counsel For Plaintiffs*

*/s/ Jay R. Langenbahn, via email authority*
Jay R. Langenbahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202-4048
jlangenbahn@lindhorstlaw.com
*Counsel for Justin McClure*

*/s/ Jared L. Down, via email authority*
Richard W. Edwards
Jared L. Downs
Boehl Stopher & Graves, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
redwards@bsg-law.com
jdowns @bsg-law.com
*Attorneys for Defendant Ashley Catlett*

*/s/ William F. Stewart, via email authority*
William F. Stewart
300 Four Falls Corporate Center, Suite 670
West Conshohocken, PA 19428
wstewart@stewartsmithlaw.com
Counsel for Plaintiff West Bend Insurance Company

139520048.1

2