# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:23-CV-00434-DJH-CHL

**WEST BEND INSURANCE COMPANY,**                                                    **Plaintiff,**

v.

**MRJ RENTALS, LLC, et al.,**                                                       **Defendants.**

## SETTLEMENT CONFERENCE REPORT

On March 10, 2025, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR WEST BEND INSURANCE COMPANY: | Alison Stanley; William F. Stewart |
| FOR MRJ RENTALS, LLC: | Aimee E. Muller |
| FOR ASHLEY D. CATLETT: | Matthew B. Gay |
| FOR AVIS RENT A CAR SYSTEM, LLC: | Jim Brown; Michael P. Casey |
| FOR JUSTIN MCCLURE: | Jay R. Langenbahn |
| FOR JENNIFER ELMORE: | Jennifer Elmore; Nicholas Craddock |

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

March 10, 2025

cc: Counsel of record

6|30

Colin H Lindsay, Magistrate Judge
United States District Court