# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# CASE NO. 3:23-cv-434-DJH

| | |
|---|---|
| WEST BEND INSURANCE COMPANY | ) |
| **PLAINTIFF** | ) |
| | ) |
| VS. | ) |
| | ) |
| MRJ RENTALS, LLC, et al | ) |
| **DEFENDANTS** | ) |

## AGREED ORDER OF DISMISS

The Parties having informed the Court that dismissal of the Plaintiff's Complaint is appropriate at this time, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** with each Party to bear its own costs.

There being no just cause for delay, this Order shall be final and appealable.

Entered this the _____ day of _____, 2025.

_____
JUDGE, UNITED STATES DISTRICT COURT

Prepared by:

*/s/ Susan L. Maines*
SUSAN L. MAINES
CASEY BAILEY & MAINES PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, Kentucky  40513
(859)243-0228
smaines@cbmlaw.net

Seen and Agreed to by:

*/s/ William F. Stewart*          *(by Susan L. Maines with permission)*
William F. Stewart
Stewart Smith
300 Conshohocken State Road
300 Four Falls, Suite 670
West Conshohocken, PA 19428


*/s/ Richard W. Edwards*          *(by Susan L. Maines with permission)*
Richard W. Edwards
Jared L. Downs
Boehl Stopher & Graves, LLP
400 W. Market Street, Suite 2300
Louisville, KY 40202


*/s/ Judd R. Uhl*          *(by Susan L. Maines with permission)*
Judd R. Uhl
Aimee E. Muller
Lewis, Brisbois, Bisgaard & Smith
250 East Fifth Street, Suite 2000
Cincinnati, OH  45202


*/s/ Jay R. Langenbahn*          *(by Susan L. Maines with permission)*
Jay R. Langenbahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202-4042


*/s/ Nicholas Craddock*          *(by Susan L. Maines with permission)*
Nicholas Craddock
John E. Abaray
Patrick J. Smith
Abaray Craddock & Smith, PLLC
209 Townepark Circle, Suite 200
Louisville, KY 40243

## CLERK'S CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered via the Court's ECF Filing system, to the following on this the _____ day of _____, 2025:

William F. Stewart
Stewart Smith
300 Conshohocken State Road
300 Four Falls, Suite 670
West Conshohocken, PA 19428

Susan L. Maines
CASEY BAILEY & MAINES PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, Kentucky 40513

Richard W. Edwards
Jared L. Downs
Boehl Stopher & Graves, LLP
400 W. Market Street, Suite 2300
Louisville, KY 40202

Judd R. Uhl
Aimee E. Muller
Lewis, Brisbois, Bisgaard & Smith
250 East Fifth Street, Suite 2000
Cincinnati, OH 45202

Jay R. Langenbahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202-4042

Nicholas Craddock
John E. Abaray
Patrick J. Smith
Abaray Craddock & Smith, PLLC
209 Townepark Circle, Suite 200
Louisville, KY 40243

_____
CLERK, UNITED STATES DISTRICT COURT