UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WEST BEND INSURANCE COMPANY,                                              Plaintiff,

v.                                                                        Civil Action No. 3:23-cv-434-DJH-CHL

MRJ RENTALS, LLC, et al.,                                                 Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 82; *see also* D.N. 83) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

June 2, 2025

David J. Hale, Judge
United States District Court